1  SCOTT A. KRONLAND (SBN 171693)
   DOROTHEA K. LANGSAM (SBN 229588)
2  ALTSHULER, BERZON, NUSSBAUM,
     RUBIN & DEMAIN
3  177 Post Street, Suite 300
   San Francisco, CA 94108
4  Telephone: (415) 421-7151
   Facsimile: (415) 362-8064
5
   Attorneys for Plaintiffs
6

7                IN THE UNITED STATES DISTRICT COURT
8              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
    JUAN GUERRERO, EDERARDO OROZCO,   )   Case No. C-04-02391 SI
11  GERARDO PEÑA, SANTOS MORENO, and  )
    JORGE RAFAEL LOPEZ,               )
12                                    )   **STIPULATION AND [PROPOSED]**
              Plaintiffs,             )   **ORDER RE: EXPERT DISCLOSURE**
13                                    )   **AND DISCOVERY DEADLINES**
       v.                             )
14                                    )
    ANDES CONSTRUCTION, INC., a California )
15  Corporation, and DANILO MAYORGA, SR., an )
    individual,                       )
16                                    )
              Defendants.             )
17                                    )
    _____ )
18

19

20      WHEREAS the parties are presently engaged in serious settlement negotiations in an

21  attempt to fully resolve this action and believe it would be counterproductive to spend resources

22  on expert disclosure and discovery before determining whether the action can be resolved

23  without the need for further litigation;

24      WHEREAS the parties believe that the expert disclosure and discovery deadlines can be

25  extended without affecting the trial date because there is likely to be only a single expert for

26  each side;

27      IT IS HEREBY STIPULATED THAT the deadlines for expert disclosure and discovery

28  should be extended as follows:

Stipulation and [Proposed] Order re: Expert Disclosure & Discovery Deadlines, Case No. C-04-02391 SI

| | Current Deadline | New Deadline |
|---|---|---|
| Last day to designate experts | July 15, 2005 | August 15, 2005 |
| Last day for rebuttal of experts | June 29, 2005 | August 29, 2005 |
| Expert discovery cutoff | August 19, 2005 | September 12, 2005 |

IT IS FURTHER STIPULATED THAT the parties are not requesting the extension of any other deadlines.

DATED: June 27, 2005

SCOTT A. KRONLAND
DOROTHEA K. LANGSAM
ALTSHULER, BERZON, NUSSBAUM,
RUBIN & DEMAIN

By: *Scott Kronland*
Scott A. Kronland

Attorney for Plaintiffs

DATED: June 24, 2005

PAUL V. SIMPSON
SIMPSON, GARRITY & INNES
PROFESSIONAL CORPORATION
651 Gateway Blvd., Suite 1050
South San Francisco, CA 94080
Telephone: (650) 615-4860
Facsimile: (650) 615-4861

By: *Paul V. Simpson*
Paul V. Simpson

Attorneys for Defendants

ORDER

IT IS SO ORDERED.

Dated: _____

Hon. _____
United _____

*IT IS SO ORDERED*
*Susan Illston*
Judge Susan Illston

Stipulation and [Proposed] Order re: Expert Disclosure & Discovery Deadlines, Case No. C-04-02391 SI        2